AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edirel H. Susanna,

**SUMMONS IN A CIVIL CASE**

V.

Emilio Gonzalez and
Robert S. Mueller, III and
Evelyn Upchurch

CASE NU

Case: 1:07-cv-02137
Assigned To : Bates, John D.
Assign. Date : 11/27/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Elliot & Mayock, LLP
1666 Connecticut Avenue, NW
5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV 27 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-28-07 |
| NAME OF SERVER (PRINT) Ohanna Yarce | TITLE Paralega |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail - Return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-28-2007           Ohanna Yarce
              Date                 *Signature of Server*

Elliot and Flayock, LLP
1666 Connecticut Ave. 5th Floor
Washington, DC 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

F.# 5981

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2150 0000 4557 5242

Sent To: Emilio Gonzalez, Director- USCIS
Street, Apt. No.; or PO Box No. 20 Massachusetts Ave
City, State, ZIP+4 Washington, DC 20529

PS Form 3800, August 2006   See Reverse for Instructions

---

F.# 5981

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emilio Gonzalez, Director
   U.S. Citizenship & Immigration Services
   20 Massachusetts Ave. NW
   Wahington, DC 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 12-4-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540