AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Edirel H. Susanna,

**SUMMONS IN A CIVIL CASE**

V.

Emilio Gonzalez and
Robert S. Mueller, III and
Evelyn Upchurch

Case: 1:07-cv-02137
Assigned To : Bates, John D.
CASI   Assign. Date : 11/27/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Robert S. Mueller, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Elliot & Mayock, LLP
1666 Connecticut Avenue, NW
5th Floor
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV 27 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11-28-07 |
| NAME OF SERVER (PRINT)  Johanna Yarce | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified mail - Return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-28-2007
            Date

Signature of Server:  Johanna Yarce

Address of Server:
Elliot and Mayock, LLP
1666 Connecticut Ave. 5th Floor
Washington, DC 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Robert S. Mueller, III, Director FBI
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave. N.W
City, State, ZIP+4: Washington, DC 20035

7006 2150 0001 1253 5378

PS Form 3800, August 2006      See Reverse for Instructions


**UNITED STATES POSTAL SERVICE**®

Home | Help

## Track & Confirm

### Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0001 1253 5378**
Status: **Delivered**

Your item was delivered at 3:07 AM on December 3, 2007 in WASHINGTON, DC 20535.

**Track & Confirm**
Enter Label/Receipt Number.

*Additional Details >* *Return to USPS.com Home >*

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA      

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    12/18/2007