UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDIREL H. SUSANNA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:07CV2137(JDB) |
| EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, et al., | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: January 30, 2008          Respectfully submitted,


          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov