UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDIREL H. SUSANNA,<br><br>               Plaintiff,<br><br>    v.<br><br>EMILIO GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services, et al.,<br><br>               Defendants. | Case Number: 1:07CV2137(JDB) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 28-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due February 29, 2008. Defendants' answer currently is due February 1, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion; Plaintiff does not consent to the enlargement.

This is an immigration mandamus case, in which Plaintiff alleges that Defendants have unreasonably delayed the adjudication of his application for lawful permanent resident status. Plaintiff filed a mandamus complaint on November 27, 2007, asking the Court to compel Defendants to complete the adjudication and the related security investigations being conducted by the FBI.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security concerning Plaintiff's factual allegations, and the facts that

support any defense Defendants may raise. Although the undersigned Assistant United States Attorney and agency counsel have made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, they have been unable to do so. Specifically, due to a recent personnel change among staff attorneys, the USCIS attorneys assigned to this litigation have not yet been able to complete their review of Plaintiff's file, and need additional time to complete that review and prepare a declaration reflecting the current status of Plaintiff's application. Accordingly, Defendants request a 28-day enlargement of time to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 28 days to answer Plaintiff's Complaint should cause no prejudice.

Dated: January 30, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198   Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Elliot
ELLIOT & MAYOCK, LLP
1666 Connecticut Avenue NW
Washington, DC 20009

Lawrence H. Rudnick
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

                                                  /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

EDIREL H. SUSANNA, )
)
          Plaintiff, )
)
    v. )  Case Number:  1:07CV2137(JDB)
)
EMILIO GONZALEZ, Director, )
United States Citizenship and Immigration )
Services, et al., )
)
          Defendants. )
_____ )

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall submit an Answer or otherwise respond to Plaintiff's Complaint by February 29, 2008.

SO ORDERED.

_____
United States District Judge