## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDIREL H. SUSANNA,<br><br>        Plaintiff,<br><br>      v.<br><br>EMILIO GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 1:07CV2137(JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective

counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice,

each side to bear its own costs and fees.

Respectfully submitted,

THOMAS ELLIOT, D.C. BAR # 259713
Elliot & Mayock, LLC
Suite 1250, 1629 K Street NW
Washington, DC 20006
(202) 429-1725

LAWRENCE RUDNICK
Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

*Counsel for Plaintiffs*


Dated: February 29, 2008

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*